Scott **MALCOMSON**, Plaintiff—
Appellant,

v.

**TOPPS, INC.,** Defendant—Appellee.

No. 10–15540.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 28, 2011.

---

**** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Scott Malcomson, Mesa, AZ, pro se.

John F. Battaile, Altfeld, Battaile & Goldman, P.C., Tucson, AZ, David G. Ebert, Mioko Tajika, Ingram, Yuzek, Gainen, Carroll & Bertolotti, LLP, New York, NY, for Defendant–Appellee.

Before: TASHIMA, BERZON; and TALLMAN, Circuit Judges.

## MEMORANDUM **

Scott Malcomson appeals pro se from the district court's summary judgment in his action alleging joint ownership of a copyright under 17 U.S.C. §§ 101 et seq. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the grant of summary judgment, *Aalmuhammed v. Lee,* 202 F.3d 1227, 1230 (9th Cir.2000), and for an abuse of discretion the denial of reconsideration, *Zimmerman v. City of Oakland,* 255 F.3d 734, 737 (9th Cir.2001). We affirm.

The district court properly granted summary judgment because Malcomson failed to raise a genuine dispute of material fact as to whether his periodic written contributions to a small portion of a popular science fiction gaming franchise satisfied the test for joint ownership of the entire work. *See Aalmuhammed,* 202 F.3d at 1234 (listing factors to determine whether a work is jointly authored in the absence of a contract for purposes of a copyright claim of joint ownership).

The district court did not abuse its discretion in denying reconsideration be-

** This disposition is not appropriate for publication and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

cause Malcomson failed to establish that it committed "clear error" or made a decision that was "manifestly unjust." *Zimmerman,* 255 F.3d at 740.

Malcomson's remaining contentions are unpersuasive.

We decline to consider arguments raised for the first time on appeal. *See MacDonald v. Grace Church Seattle,* 457 F.3d 1079, 1086 (9th Cir.2006).

**AFFIRMED.**

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.